## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH RICHARD JENKINS,        Plaintiff,     v.     CAROLYN COLVIN, Acting Commissioner, Social Security Administration        Defendant | ) ) ) ) ) ) ) ) ) ) ) ) )    Docket No.1:14-cv-403-NT |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 30, 2015, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The action is hereby **REMANDED** for further proceedings.

**SO ORDERED**.

                                                  /s/ Nancy Torresen
                                                  United States Chief District Judge

Dated this 28th day of July, 2015.